UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                        Case No.  07-cr-21-01-SM

Kim Farrell

O R D E R

Defendant Farrell's motion to continue the final pretrial conference and trial is granted (document 10).   Trial has been rescheduled for the July 2007 trial period.   Defendant Farrell shall file a waiver of speedy trial rights not later than May 4, 2007.   On the filing of such waiver, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** June  27, 2007 at 3:30 p.m.

**Jury Selection**: July  10,  2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

April  26,  2007

cc:   Richard Foley, Esq.
      Robert Veiga, AUSA
      US Probation
      US Marshal